Second Department. January 20, 1905.) Action by Carrie B. Lathrop against Jacob A. Ondrak. No opinion. Order affirmed, with $10 costs and disbursements.

LATHROP, SHEA & HENWOOD CO., Respondent, v. INTERIOR CONST. & IMP. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Action by the Lathrop, Shea & Henwood Company against the Interior Construction & Improvement Company, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

LATHROP, SHEA & HENWOOD CO., Respondent, v. INTERIOR CONST. & IMP. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by the Lathrop, Shea & Henwood Company against the Interior Construction & Improvement Company, impleaded, etc. No opinion. Motion for leave to appeal to the Court of Appeals denied, with costs.

LAWLER v. BUCKLIN. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Charlotte B. Lawler against Charles A. Bucklin. No opinion. Motion denied, with $10 costs.

LAWRENCE, Appellant, v. HAND, Respondent. (Supreme Court, Appellate Division, Third Department. January 13, 1905.) Action by George Lawrence against Theodore F. Hand. No opinion. Respondent's motion to dismiss appeal denied, and appellant's motion to perfect appeal granted.

LEGGETT v. STEVENS et al. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Action by John C. Leggett, as executor, etc., against Addison S. Stevens, both individually and as administrator, etc., and others. No opinion. Judgment affirmed, with costs.

LEMBERG v. KAUFMAN et al. (Supreme Court, Appellate Division, Second Department. January 13, 1905.) Action by Samuel Lemberg against Israel Kaufman and others.

PER CURIAM. Proceedings under the order of examination stayed pending appeal, on condition that the defendants stipulate to argue or submit the appeal on the first motion day of next term, and not to move the case for trial until the appeal is determined. In default of compliance with these conditions, application for stay denied.

In re LENT. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) In the matter of the judicial settlement of the account of proceedings of Smith Lent, as one of the administrators of the estate of Frederick A. Munson, deceased. No opinion. Motion denied, without costs.

LEVERONI, Appellant, v. SPIER et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 13, 1905.) Action by Giovanni Leveroni against Charles L. Spier and Eugene B. Howell, as receivers of Staten Island Midland Railroad Company. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

LEVI, Respondent, v. SMEDBERG, Appellant. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by Albert A. Levi against Adolphus Smedberg. F. H. Sanborn, for appellant. H. Nathan, for respondent. No opinion. Judgment and order affirmed, with costs.

LICHTENSTEIN v. RABOLINSKI. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by Meyer Lichtenstein against Harry Rabolinski.

PER CURIAM. Motion for leave to appeal to Court of Appeals granted; this court certifying that in its opinion a question of law has arisen in this appeal which ought to be reviewed by the Court of Appeals.

LIVINGSTON, Appellant, v. BRECKWOLDT, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by James C. Livingston against Julius Breckwoldt.

PER CURIAM. Judgment affirmed, with costs. See opinion in Millard v. Breckwoldt, 90 N. Y. Supp. 890, decision in which case is handed down herewith.

LOFTUS, Appellant, v. STRAIGHT LINE ENGINE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by Thomas Loftus against the Straight Line Engine Company.

PER CURIAM. Judgment and order affirmed, with costs.

HISCOCK, J., not sitting.

LORD v. LORD et al. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Action by Joseph E. P. Lord against Julia Lord and others. No opinion. Motion granted.

LOVETT et al., Appellants, v. COHEN, Respondent. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by George E. Lovett and another against J. Quintus Cohen. No opinion. Judgment of the Municipal Court affirmed, with costs.

LUDERER, Appellant, v. MACKAY, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by Richard Luderer against Robert A. Mackay.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event. Held, that upon all the evidence the plaintiff established a prima facie case, which he was entitled to have submitted to the jury.

McLENNAN, P. J., dissents. STOVER, J., not voting.